# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00524 JLT<br><br>AMENDED SCHEDULING ORDER<br><br>Discovery Deadlines:<br>　　Non-Expert: 4/10/2015<br>　　Expert:  6/26/2015<br><br>Trial:  9/21/2015 at 8:30 a.m.<br>　　Court trial: 5 days |

On December 1, 2014, the Court held the mid-discovery status conference. At the conference, the Court was apprised of issues that had arisen related to the completion of discovery and timing concerns related to the disclosure of experts. Thus, the Court granted the request of counsel to amend the schedule as follows:

　　1.　　The parties are ordered to complete all discovery pertaining to non-experts on or before **April 10, 2015**, and all discovery pertaining to experts on or before **June 26, 2015**.

　　2.　　The parties are directed to disclose all expert witnesses, in writing, on or before **May 15, 2014** and to disclose all rebuttal experts on or before **June 5, 2015**.

　　3.　　The pretrial conference, currently set on August 25, 2015 is **VACATED**;

///

///

///

1

     4.     The court trial is **ADVANCED** to September 20, 2015 at 8:30 a.m.;

     5.     **No other amendments to the case schedule are authorized.**

In addition, the Court **ORDERS**:

     1.     Plaintiff **SHALL** make himself available for deposition by **December 19, 2014** unless counsel for both parties agree to a different date;

     2.     Defendant **SHALL** produce all responsive documents and/or an amended response to Plaintiff's document request indicating that it has no responsive documents, no later than **December 19, 1014**.

IT IS SO ORDERED.

Dated:   **December 4, 2014**            **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE