# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE, | Case No.: 1:14-cv-00524 JLT |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | (Doc. 17) |
| Defendant. | |

Before the Court is the stipulation of counsel seeking to amend the existing case schedule. (Doc. 17) The reason for the amendment is the need to complete a 30(b)(6) deposition and the unavailability of counsel due to an extended trial. Thus, the Court **GRANTS** the request of counsel to amend the schedule as follows:

1. The parties are ordered to complete all non-expert discovery no later than **June 10, 2015** and all expert discovery no later than **August 26, 2015**.

2. **No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

Dated:   **March 31, 2015**           /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

1