KENNETH F. MOSS (SBN 94185)
LAW OFFICES OF KENNETH F. MOSS
mossmgrlaw@aol.com
20335 Ventura Blvd., Suite 430
Woodland Hills, California 91364
Tel: 818-340-1414

Attorneys for Plaintiff
KENNETH LAWRENCE

MORGAN LEWIS & BOCKIUS LLP
JASON MILLS (SBN 225126)
PATRICIA S. RIORDAN (SBN 187418)
jmills@morganlewis.com
priordan@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500
Fax: 213-612-2501

Attorneys for Defendant
SCHLUMBERGER TECHNOLOGY CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a Texas corporation; and DOES 1-20 inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00524 JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND TRIAL DATE**<br><br>(Doc. 19) |

　　　　Pursuant to Local Rules 143 and 144, Plaintiff Kenneth Lawrence ("Plaintiff") and Defendant Schlumberger Technology Corporation ("Defendant"), by and through their attorneys of record, submit this joint stipulation:

-1-

1  WHEREAS, on March 31, 2015, the Court granted the request of counsel to
2  extend the discovery pertaining to non-experts to June 10, 2015 , and expert
3  discovery to August 26, 2015;
4  WHEREAS, Plaintiff noticed a 30(b)(6) deposition out of state for which
5  Defendant requires additional time to identify the Person Most Knowledgeable as to
6  the specific topics, which are focused on a particular time frame, and thereafter for
7  the parties to identify mutually agreeable dates for the deposition;
8  WHEREAS, the Parties are in the process of meeting and conferring about
9  supplemental responses to interrogatories served on Defendant on February 24,
10  2015, and Defendant intends to provide supplemental responses to interrogatories on
11  or before May 18,  2015 so the Parties can resolve any disputes informally;
12  WHEREAS, to avoid unnecessarily expending the parties' and judicial
13  resources, the Parties to seek to push back the deadline by which Defendant must
14  file a motion for summary judgment and for which the motion must be heard;
15  WHEREAS, the extension will permit the Parties time to conduct this
16  additional discovery and thereafter evaluate the prospects for settlement and
17  potentially schedule a settlement conference with a Magistrate Judge;
18  THEREFORE, IT IS STIPULATED by the parties and respectfully requested
19  that the Court make the following changes to the Court's calendar:
20  1.  Non-expert discovery cut-off shall be continued from June 10, 2015 to
21  July 17, 2015;
22  2.  The Parties shall disclose all expert witnesses, in writing, on or before
23  August 17, 2015 and to disclose all rebuttal experts on or before September 14,
24  2015;
25  3.  Expert discovery cut-off shall be continued from August 26, 2015 to
26  October 12, 2015;

2. The deadline for Parties to bring dispositive motions shall be continued from May 19, 2015 to July 28, 2015;

3. The deadline for dispositive motions to be heard shall be continued from June 30, 2015 to September 8, 2015;

4. The trial shall be continued from September 21, 2015 to November 16, 2015;

**IT IS SO STIPULATED**,

Dated:     May 11, 2015                    MORGAN, LEWIS & BOCKIUS LLP


By    /s/ Patricia Riordan
Jason Mills
Patricia Riordan
Attorneys for Defendant
SCHLUMBERGER
TECHNOLOGY CORPORATION

Dated:     May 11, 2015                    LAW OFFICE OF KENNETH F. MOSS


By    /s/ Kenneth Moss
Kenneth F. Moss
Attorneys for Plaintiff
KENNETH LAWRENCE

**ORDER**

Based upon the foregoing, the Court **ORDERS** the case schedule amended as follows:

1. All non-expert discovery SHALL be completed no later than July 17, 2015 and all expert discovery SHALL be completed no later than October 12, 2015;

2. The Parties SHALL disclose all expert witnesses, in writing, no later than August 17, 2015 and disclose all rebuttal experts no later than September 14, 2015;

3. Nondispositive motions SHALL be filed no later than October 19, 2015 and heard no later than November 20, 2015;

1   4.   Dispositive motions SHALL be filed no later than July 28, 2015 and heard no later than September 1, 2015;

2   5.   The pretrial conference is CONTINUED to November 23, 2015 at 10:00 a.m.;

3   6.   The trial is CONTINUED to January 11, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **May 12, 2015**                     **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE