# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00524 JLT<br><br>ORDER GRANTING STIPULATION TO MODIFY ORDER AFTER INFORMAL TELEPHONIC CONFERENCE<br><br>(Doc. 34) |

After an informal telephonic conference, the Court issued an order detailing the deadlines by which the remaining discovery would be completed. (Doc. 33)  Now before the Court is the request of counsel to permit additional time for these deadlines to allow the parties to defer costly out-of-state discovery to allow settlement discussions to occur.  Though the desire to engage in settlement discussions, generally, is not a sufficient good cause to modify a case schedule, the Court will allow limited, additional time. Based upon the foregoing, the Court **ORDERS**[1]:

　　1.　　The deposition of Felix Dorante **SHALL** be completed **no later than August 14, 2015.**

IT IS SO ORDERED.

　　Dated:　**July 23, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court issues no further order related to the depositions of Kenny Jones or Jeremy Kinslow because the deadlines proposed in the stipulation, July 27, 2015 and August 14, 2015, respectively, comply with the deadlines already set by the Court which required the Jones deposition to be completed by July 31, 2015 and the Kinslow deposition to be completed by August 14, 2015.  (Doc. 33)