# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE,<br><br>  Plaintiff,<br><br>  v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>  Defendant. | Case No.: 1:14-cv-00524 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 37) |

On September 15, 2015, Plaintiff notified the Court that the parties were able to achieve a compromise, settling this matter. (Doc. 37) Plaintiff anticipates filing the request for dismissal shortly. Id. Therefore, the Court **ORDERS**:

1. The stipulation for dismissal of the matter **SHALL** be filed no later than **October 2, 2015**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **September 16, 2015**           /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1